# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

CHERYL MIXON, on behalf of herself and others similarly situated,

Plaintiff,

v.

CONTRACT CALLERS, INC.,

Defendant.

Case No. 20-cv-02069
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant Contract Callers, Inc.
and against plaintiff Cheryl Mixon, on behalf of herself and all others similarly situated.
Defendant shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion to dismiss.

Date: 3/24/2021                              Thomas G. Bruton, Clerk of Court

                                             Dawn A. Moreno, Deputy Clerk